IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| PIERRE PARSEE | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv329 |
| FEDERAL BUREAU OF PRISONS | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pierre Parsee, an inmate confined at the Federal Correctional Institution at Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner challenges a prison disciplinary conviction. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, pursuant to 28 U.S.C. § 636.

The respondent filed a motion for summary judgment. The Magistrate Judge has submitted a Report and Recommendation recommending the respondent's motion be granted and the petition denied pursuant to Federal Rule of Civil Procedure 56.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 8] is ADOPTED as the opinion of the Court. The

---

[1] The Court notes that the first sentence on page 4 of the report contains a typographical error. The sentence reads: "If the moving party meets this burden, 'the non-moving party must show that summary judgment is appropriate by setting forth specific facts showing the existence of a genuine issue concerning every essential element of its case.'" The sentence should read: "If the moving party meets this burden, 'the non-moving party must show that summary judgment is not appropriate by setting forth specific facts showing the existence of a genuine issue concerning every essential component of its case.'"

motion for summary judgment filed by the respondent [Dkt. 5] is GRANTED. A final judgment shall be entered denying the petition in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 7th day of March, 2022.**

_____
Michael J. Truncale
United States District Judge